## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 03, 2016

Mr. James Andre Black
F.C.I. Victorville - Medium II
P.O. Box 3850
Adelanto, CA 92301

Mr. Benjamin C. Glassman
Office of the U.S. Attorney
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

Re: Case No. 15-4391, *In Re: James Andre Black*
Originating Case Nos. : 1:04-cr-00057-2 : 1:14-cv-00614

Dear Sir,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 15-4391

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

In re: JAMES ANDRE BLACK

     Movant

   Movant has moved for permission to file a second or successive application for habeas relief in the district court under the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244. The clerk's office notified the movant on December 21, 2015, that the application was defective, insofar as the requirements of Sixth Circuit Rule 22 were not satisfied. The notice gave the movant a 30 day extension to cure the default(s) and an additional 30 day extension was granted.

   That extension has now expired and the movant has not cured the default(s) identified in the notice. It is, therefore, ORDERED that this action is dismissed for want of prosecution. Even if the default is subsequently cured, the application will not be restored to the court's active docket.

                                    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: March 03, 2016