UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 MAR -7  PM 3: 02

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

JAMES BLACK,

           Movant,        No. 1:04-CR-00057-002

   v.

UNITED STATES OF AMERICA,

           Respondent.

---

## NOTICE OF APPEAL
(Fed. R. App. P. 4(a)(1)(B)(ii))

---

TO:  NOTICE TO ALL PARTIES:

The Movant James Black, appearing without counsel, hereby gives Notice that he is appealing the United States District Court's Order, (Doc. 149), denying his motion to vacate, set aside, or correct his conviction and sentence pursuant to Title 28, United States Code, 2255(f)(4) or (e) entered on December 21, 2015, to the United States Court of Appeals for the Sixth Circuit.

Dated: Febuary 17, 2016

                           s/ James Black
                           James Black, Pro Se

CERTIFICATE OF SERVICE:

I hereby certify that the foregoing NOTICE OF APPEAL was filed by U.S. Mail, postage prepaid, hand delivered the Prison personnel this ___ day of
Febuary 17, 2016.  S/ 17th
Houston v. Lack, 487 U.S. 266 (1988).

Copies: Office of U.S. Attorney, Ohio